Supreme Court
Case No.

Trustee;
Richard W. Pate Jr.
V.
Commonwealth of Massachusetts
Maura Healey / Marian T. Ryan
15 Commonwealth Ave.
Woburn MA - 01801
The Town of North Reading
150 Park St.
No. Reading MA - USA

Case No. 00-1083-MWV
Debtor Richard W. Pate Jr.
Trustee - USA
Bk - Court

COMPlAINT
and
MOTION
COMBINED

FILED IN CLERKS OFFICE
U.S. DISTRICT COURT
2021 OCT 25 PM 3:33

Now comes The Trustee and complains That The Commonwealth Did file a Fraudulent Deed, BK 68472 PG 591 for Russian Immigrants fugitives from Federal Justice - USA. They Took up Residency Since 2016 in 9 Brentwood Rd. No. Reading MA. The Home has a fair Market Value of $779,900. I placed an ad in Craigs List Madison Lawson said she would pay $389,900, • 50¢ on The dollar. When I called her she told me a Private eye and North Reading Cop said it was a scam. The Home is owned By Heritage Homestead Realty Trust, Richard W. Pate Jr TTE, BK# 67393 PG 118.

I am owed $ 779,000. Dollars for The Loss for Recording's of Recordable writings, $250,000. in Trustee's Compensation, 85,850/yr in Taxes collected By That Town for The State, Rental Income of $5,800/month Since 6-2016. I complain, Prey I will be awarded my damages for I am a 4 Time chapter 7 debtor and a State Trustee. Under USC&RSA! 564!A!7: I

#Fee Simple.

durable Pwr. of Attorney.

SO - Granted

Richard W. Pate Jr.

Justice          Date